Cite as 2021 Ark. 236

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| **IN RE APPOINTMENTS OF MEMBERS TO THE ARKANSAS SUPREME COURT COMMITTEE ON PROFESSIONAL CONDUCT** | **Opinion Delivered:** December 16, 2021 |

## PER CURIAM

Effective January 1, 2022, the following persons are appointed to the Arkansas Supreme Court Committee on Professional Conduct for six-year terms that expire on December 31, 2027, unless otherwise specified below:

Megan Beeson Turner of Little Rock (Panel A non-attorney member – statewide at large, appointment expires on December 31, 2023)

Elmer J. Ritchie of Little Rock (Panel B non-attorney member – statewide at large, reappointment to a second term)

Wendy R. Howerton of Fayetteville (Panel B attorney member – Third Congressional District, appointment to an initial term)

Robert Bridewell of Lake Village (Panel C attorney member – First Congressional District, appointment to an initial term)

The Court expresses its appreciation to each of these members for his or her willingness to serve on this important Committee. The Court also expresses its appreciation to the following members, whose service on the Committee and to the Court and the public is now completed:

Dr. Tanya R. Owen of Fayetteville (Panel A non-attorney member – statewide at large)

Hon. James S. Dunham of Russellville (Panel B attorney member – Third Congressional District)

Keith Chrestman of Jonesboro (Panel C attorney member – First Congressional District)